644

452 A.2d 29

Commonwealth v. Frazier, Appellant.

Submitted February 18, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Affirmed.

452 A.2d 29

Commonwealth v. Harris, Appellant.

Petition for Allowance of Appeal
Denied Feb. 23, 1983.

Submitted April 27, 1982. Paul Bogdon, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.